UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NOEL MYRICKS                                    )
                    Plaintiff,                  )
                                                )
v.                                              )        **JUDGMENT**
                                                )
                                                )        No. 5:22-CV-160-FL
STATE FARM FIRE AND CASUALTY                    )
COMPANY                                         )
                    Defendant                   )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of the plaintiff's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 7, 2022, more particularly described therein, that the captioned action be and hereby is remanded to Wake County Superior Court.

**This Judgment Filed and Entered on July 7, 2022, and Copies To:**
Noel Myricks (via US mail) 4453 Fairview Ridge Lane, Apex, NC 27539
Diane K. Pappayliou / J. Scott Lewis (via CM/ECF Notice of Electronic Filing)
The Honorable Frank Williams  (via U.S. Mail at Wake County Clerk of Superior Court,
P. O. Box 351, Raleigh, NC 27602)

July 7, 2022                          PETER A. MOORE, JR., CLERK


                                       /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk